FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 JUN 29 PM 2:43

OFFICE OF THE CLERK

K.S. Christiansen
7481 536th Ave.
Creighton, NE 68729

---

My Name is:

Karen Sue Christiansen

My Address is:

7481 536 Ave.

I have no knowledge of this case.

RECEIVED

JUN 29 2016

CLERK
U.S. DISTRICT COURT

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102-1322

OFFICIAL BUSINESS

6-22-16

Return to Sender

Hasler
06/20/2016
US POSTAGE $00.67⁵



RECEIVED
JUN 29 2016
CLERK
U.S. DISTRICT COURT

ZIP 68102
011D11638451

NIXIE     681   DE 1      0006/28/16
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 68102132277    *0995-09101-20-44