| | | |
|---|---|---|
| | **SERVICE RETURN** | Doc. No. 5241 |

DAWES COUNTY DISTRICT COURT
Dawes County Courthouse
451 Main Street
Chadron          NE 69337

To:
Case ID: CI 16    45 Neilson v. HSBC D/b/a Beneficial Wyoming

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                         _____

Mileage ____ miles      _____

   TOTAL              $ _____

Date: _____    BY: _____
                                    (Sheriff or authorized person)

## CERTIFIED MAIL
AND PAC **PROOF OF SERVICE**

Copies of the Summons were mailed by certified mail,
TO THE PARTY: HSBC d/b/a Beneficial Wyoming
At the following address: Att: Ms Jada Howard Asst. V.P.
HSBC d/b/a Beneficial Wyoming
636 Grand Regency Blvd
Brandon, FL 33510-3942
on the 25th day of June 2016, as required by Nebraska state law.

                                        E H Neilson
Postage $ 11.10    Attorney for: E H Neilson

The return receipt for mailing to the party was signed on 6-27-2016.

To: HSBC D/b/a Beneficial Wyoming        From: E. H Neilson
    636 Grand Rengency Blvd.                   3105 Missouri Street
    Att: Ms. Jada Howard Asst. V.P.            Whitney, NE 69367
    Brandon, FL 33510-3942

# ATTACH RETURN RECEIPT & RETURN TO COURT

Image ID:
D00005241D69

**SUMMONS**

Doc. No. 5241

IN THE DISTRICT COURT OF Dawes COUNTY, NEBRASKA
Dawes County Courthouse
451 Main Street
Chadron           NE 69337

E. H Neilson v. HSBC D/b/a Beneficial Wyoming

Case ID: CI 16     45

TO: HSBC D/b/a Beneficial Wyoming

**FILED BY**
Clerk of the Dawes District Court
06/22/2016

You have been sued by the following plaintiff(s):

E. H Neilson

Plaintiff:      E. H Neilson
Address:        3105 Missouri Street
                Whitney, NE 69367

Telephone:      (402) 235-6555

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: JUNE 22, 2016        BY THE COURT:   /s/ Sharon M. Harrison
                                           Clerk                    (SEAL)

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

   HSBC D/b/a Beneficial Wyoming
   636 Grand Rengency Blvd.
   Brandon, FL 33510-3942
   Att: Ms. Jada Howard Asst. V.P.

Method of service: Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

BRANDON, FL 33510  OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☑ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $6.45 |
| Total Postage and Fees | $11.10 |

Postmark Here — GREEN RIVER WY — 06/25/2016

7015 3430 0000 5362 9547

Sent To: Ms. TADA Howard Asst. V.P.
Street and Apt. No., or PO Box No.: HSBC Abort Benefund W40 636 Grand Regency Blvd
City, State, ZIP+4®: Brandon, FL 33510-3942

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

```
=====================================
          GREEN RIVER
         350 UINTA DR
          GREEN RIVER
              WY
          82935-9998
          5740280484
06/25/2016   (800)275-8777   11:54 AM
=====================================

Product                  Sale      Final
Description              Qty       Price

PM 2-Day                  1        $6.45
Flat Rate Env
    (Domestic)
    (BRANDON, FL  33510)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 06/27/2016)
Certified                 1        $3.30
    (USPS Certified Mail #)
    (70153430000053629554)
Return                    1        $1.35
Receipt (
```

English     Customer Service     USPS Mobile     Register / Sign In



# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70153430000053629547

**On Time**
**Expected Delivery Day:** Monday, June 27, 2016

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™    Up to $50 insurance included
Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| June 27, 2016 , 11:55 am | **Delivered, Left with Individual** | **BRANDON, FL 33510** |
| | Your item was delivered to an individual at the address at 11:55 am on June 27, 2016 in BRANDON, FL 33510. | |
| June 27, 2016 , 9:58 am | Out for Delivery | BRANDON, FL 33510 |
| June 27, 2016 , 9:48 am | Sorting Complete | BRANDON, FL 33510 |
| June 27, 2016 , 3:43 am | Departed USPS Facility | TAMPA, FL 33605 |
| June 27, 2016 , 2:36 am | Arrived at Unit | BRANDON, FL 33511 |
| June 26, 2016 , 10:12 pm | Arrived at USPS Destination Facility | TAMPA, FL 33605 |
| June 26, 2016 , 12:15 am | Departed USPS Facility | SALT LAKE CITY, UT 84199 |
| June 25, 2016 , 10:08 pm | Arrived at USPS Origin Facility | SALT LAKE CITY, UT 84199 |
| June 25, 2016 , 3:58 pm | Departed Post Office | GREEN RIVER, WY 82935 |
| June 25, 2016 , 11:52 am | Acceptance | GREEN RIVER, WY 82935 |

## Available Actions

**Return Receipt Electronic**

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**





Date: July 7, 2016

elham Neilson:

The following is in response to your July 7, 2016 request for delivery information on your Certified Mail™ item number 70153430000053629547. The delivery record shows that this item was delivered on June 27, 2016 at 11:55 am in BRANDON, FL 33510. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service