# SERVICE RETURN

Doc. No. 5241

DAWES COUNTY DISTRICT COURT
Dawes County Courthouse
451 Main Street
Chadron    NE 69337

To:
Case ID: CI 16    45 Neilson v. HSBC D/b/a Beneficial Wyoming

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                  _____

Mileage ____ miles    _____

TOTAL                 $ _____

Date: _____    BY: _____
                                (Sheriff or authorized person)

## CERTIFIED MAIL
## AND PAC PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: HSBC d/b/a Beneficial Wyoming
At the following address: Att: Ms Jada Howard Asst. V.P.
HSBC d/b/a Beneficial Wyoming
636 Grand Regency Blvd
Brandon, FL 33510-3942
on the 25th day of June 2016, as required by Nebraska state law.

E H Neilson

Postage $ 11.10    Attorney for: E H Neilson

The return receipt for mailing to the party was signed on 6-27-2016.

To: HSBC D/b/a Beneficial Wyoming    From: E. H Neilson
636 Grand Rengency Blvd.                  3105 Missouri Street
Att: Ms. Jada Howard Asst. V.P.           Whitney, NE 69367
Brandon, FL 33510-3942

# ATTACH RETURN RECEIPT & RETURN TO COURT

```
Image ID:                    SUMMONS                    Doc. No.    5241
D00005241D69
```

IN THE DISTRICT COURT OF Dawes COUNTY, NEBRASKA
Dawes County Courthouse
451 Main Street
Chadron                NE 69337

E. H Neilson v. HSBC D/b/a Beneficial Wyoming

Case ID: CI 16      45

TO: HSBC D/b/a Beneficial Wyoming

**FILED BY**
Clerk of the Dawes District Court
06/22/2016

You have been sued by the following plaintiff(s):

E. H Neilson

| | |
|---|---|
| Plaintiff: | E. H Neilson |
| Address: | 3105 Missouri Street |
| | Whitney, NE 69367 |
| Telephone: | (402) 235-6555 |

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: JUNE 22, 2016        BY THE COURT:   *Sharon M. Harrison*
                                            Clerk                    (SEAL)

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

> HSBC D/b/a Beneficial Wyoming
> 636 Grand Rengency Blvd.
> Brandon, FL 33510-3942
> Att: Ms. Jada Howard Asst. V.P.

Method of service: Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.



USPS Certified Mail Receipt and postal receipt dated 06/25/2016, Green River WY, sent to Ms. Tara Howard, Asst. V.P., HSBC, 636 Grand Regency Blvd, Brandon, FL 33510-3942. Certified Mail # 7015 3430 0000 5362 9554. Total Postage and Fees $11.10.

English     Customer Service     USPS Mobile     Register / Sign In



# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70153430000053629547

**On Time**
**Expected Delivery Day:** Monday, June 27, 2016

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™     Up to $50 insurance included
Restrictions Apply

## Available Actions

**Return Receipt Electronic**

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 27, 2016 , 11:55 am | **Delivered, Left with Individual** | **BRANDON, FL 33510** |
| | Your item was delivered to an individual at the address at 11:55 am on June 27, 2016 in BRANDON, FL 33510. | |
| June 27, 2016 , 9:58 am | Out for Delivery | BRANDON, FL 33510 |
| June 27, 2016 , 9:48 am | Sorting Complete | BRANDON, FL 33510 |
| June 27, 2016 , 3:43 am | Departed USPS Facility | TAMPA, FL 33605 |
| June 27, 2016 , 2:36 am | Arrived at Unit | BRANDON, FL 33511 |
| June 26, 2016 , 10:12 pm | Arrived at USPS Destination Facility | TAMPA, FL 33605 |
| June 26, 2016 , 12:15 am | Departed USPS Facility | SALT LAKE CITY, UT 84199 |
| June 25, 2016 , 10:08 pm | Arrived at USPS Origin Facility | SALT LAKE CITY, UT 84199 |
| June 25, 2016 , 3:58 pm | Departed Post Office | GREEN RIVER, WY 82935 |
| June 25, 2016 , 11:52 am | Acceptance | GREEN RIVER, WY 82935 |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**





Date: July 7, 2016

elham Neilson:

The following is in response to your July 7, 2016 request for delivery information on your Certified Mail™ item number 70153430000053629547. The delivery record shows that this item was delivered on June 27, 2016 at 11:55 am in BRANDON, FL 33510. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service