# BENEFICIAL FINANCIAL INC.

Sat Jun 25 14:18:39 2016

SOS Account Number
10086620
Status
Active

Principal Office Address
SUITE 100
26525 N. RIVERWOODS BLVD.
METTAWA, IL 60045
Registered Agent and Office Address
C T CORPORATION SYSTEM
5601 SOUTH 59TH STREET
LINCOLN, NE 68516

Nature of Business
MORTGAGE LENDER
Entity Type
Foreign Corp
Qualifying State: CA
Date Filed
Jul 05 2006

| Corporation Position | Name | Address |
|---|---|---|
| President | K. MADISON | 961 WEIGEL DR. ELMHURST, IL 60126 |
| Secretary | LYNNE ZAREMBA | ==SUITE 100 26525 N. RIVERWOODS BLVD. METTAWA, IL 60045== |
| Treasurer | J. P GRIFFIN | SUITE 100 26525 N. RIVERWOODS BLVD. METTAWA, IL 60045 |
| Director | K. MADISON | 961 WEIGEL DR. ELMHURST, IL 60126 |

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| Code | Document | Date Filed | Price |
|---|---|---|---|
| FA | Foreign Authority | Jul 05 2006 | $1.35 = 3 page(s) @ $0.45 per page |
| AO | Change of Agent or Office | Oct 25 2006 | $0.45 = 1 page(s) @ $0.45 per page |
| TR | Tax Return | Mar 13 2008 | $0.90 = 2 page(s) @ $0.45 per |

https://www.nebraska.gov/sos/corp/corpsearch.cgi?acct-number=10086620

"1"

# STATE OF WYOMING ✦ SECRETARY OF STATE
# EDWARD F. MURRAY, III
# BUSINESS DIVISION

200 West 24th Street, Cheyenne, WY 82002-0020
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| **Name** | Beneficial Wyoming Inc. | | |
| **Filing ID** | 1980-000150151 | | |
| **Type** | Profit Corporation | **Status** | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | Beneficial Finance Co Of Wyoming | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 05/18/1978 12:00 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 250 | Preferred Shares | | Additional Stock | Y |
| Par Value | 1.0000 | Par Value | 0.0000 | | |

| **Principal Address** | **Mailing Address** |
|---|---|
| 26525 N Riverwoods Blvd | 26525 N Riverwoods Blvd |
| Ste 100 | Ste 100  Tax Dept |
| Mettawa, IL 60045 | Mettawa, IL 60045 |

### Registered Agent Address

C T Corporation System
1712 Pioneer Ave 120
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|

### Notes

| Date | Recorded By | Note |
|---|---|---|

Page 1 of 3

"2"

# HSBC MORTGAGE SERVICES INC.

Sat Jun 25 13:54:01 2016

**SOS Account Number**
10042171

**Status**
Active

**Principal Office Address**
636 GRAND REGENCY BLVD.
BRANDON, FL 33510

**Registered Agent and Office Address**
C T CORPORATION SYSTEM
5601 SOUTH 59TH STREET
LINCOLN, NE 68516

**Nature of Business**
CONSUMER FINANCE

**Entity Type**
Foreign Corp
Qualifying State: DE

**Date Filed**
Jan 31 2003

| Corporation Position | Name | Address |
|---|---|---|
| President | K MADISON | 961 WEIGEL DR.<br>ELMHURST, IL 60126 |
| Secretary | LYNNE ZAEMBA | STE 100<br>26525 N. RIVERWOODS BLVD<br>METTAWA, IL 60045 |
| Treasurer | J. P GRIFFIN | SUITE 100<br>26525 N. RIVERWOODS BLVD.<br>METTAWA, IL 60045 |
| Director | K MADISON | 961 WEIGEL DR.<br>ELMHURST, IL 60126 |

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Code | Document | Date Filed | Price |
|---|---|---|---|---|
| ☐ | FA | Foreign Authority | Jan 31 2003 | $1.80 = 4 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Feb 20 2004 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | NN | New Name | Aug 25 2004 | $1.35 = 3 page(s) @ $0.45 per page |

"3"

James R. Belcher (Bar No. 5-2556)
CROWLEY FLECK, PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
(307) 232-6911
(307) 265-2307 Fax
jbelcher@crowleyfleck.com



STATE OF WYOMING
COUNTY OF CARBON ss.
FILED

MAR 1 5 2016

DEBORAH D. OLSON
CLERK OF DISTRICT COURT
BY_____ DEPUTY

## SECOND JUDICIAL DISTRICT COURT FOR THE STATE OF WYOMING
## CARBON COUNTY

| | |
|---|---|
| E. H. NEILSON, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>BENEFICIAL WYOMING INC., )<br>aka HSBC, )<br>)<br>  Defendant. ) | Civil Action No. 15-135 |

### AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

STATE OF Washington   )
                      :ss
COUNTY OF King        )

I, Garth Jacobson, being first duly sworn, deposes and says:

1. I am the Acting Representation Services Advisor and as such am a custodian of record for CT Corporation System. I am over the age of 18 and competent to testify as the matters contained herein. I make this affidavit as a representative of CT Corporation System.

2. I make this affidavit based upon my personal knowledge, my experience as an Acting Representation Services Advisor, and my knowledge and review of and routine access to CT Corporation System's enterprise record-keeping systems and its business records created and kept in the regular course of CT Corporation System's business.

RESTRICTED - Affidavit in Support of Motion to Dismiss - 1

"4"

3. CT Corporation System is currently a registered agent in Wyoming for Beneficial Wyoming, Inc.   On September 2, 2015, CT Corporation System was the registered agent in Wyoming for Beneficial Wyoming, Inc.

4. CT Corporation System currently maintains an office at 1908 Thomes Ave., Cheyenne, WY 82001 for service of process in Wyoming. CT Corporation System's prior address was 1712 Pioneer Ave 120, Cheyenne, WY 82001.

5. For each entity CT Corporation System acts as a registered agent for, CT Corporation System maintains detailed records of service. In the ordinary course of business, CT Corporation System employees contemporaneously log all mail and packages and otherwise delivered documents as they are received. CT Corporation System retains these records in the ordinary course of business. The records are indexed in a database that can be searched by party names and cause numbers, among others.

6. Based on a review of those records, CT Corporation System has no record of the receipt of a complaint and summons for Beneficial Wyoming, Inc. for this action, Civil Action No. 15-135, Second Judicial District Court for the State of Wyoming, Carbon County on September 2, 2015 or on any other date.

7. On June 2, 2015, CT Corporation System did receive mail addressed to it on behalf of Beneficial Wyoming, Inc. for Case 14-CV-659, captioned Holly Lundahl v. Eija Toppinnen-McKinnon, et al., District Court of the Third Judicial District Within and for Sweetwater County, Wyoming.

//

Dated this 11th day of March, 2016

Print Name of Affiant: Garth Jacobson

Subscribed and sworn to before me this  11  day of  March , 2016 by  Garth Jacobsen 

Print Name of Notary: Agnes Broszczak
My Commission Expires: 6.29.18

[notarial seal]

```
AGNES A. BROSZCZAK
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JUNE 29, 2018
```



"5"

STATE OF WYOMING ) ss.
COUNTY OF CARBON )
FILED

FEB 0 3 2016

DEBORAH D. OLSON
CLERK OF DISTRICT COURT

BY_____
DEPUTY

E.H. NEILSON
P.O. Box 923
SARAIOGAWY 82331-0923

IN THE SECOND JUDICIAL DISTRICT COURT STATE OF WYOMING
COUNTY OF CARBON

E. H. NEILSON                    :    Civil No. 15-135

    Plaintiff,                   :
    v.                           :    DEFAULT CERTIFICATE
                                 :
Beneficial Wyoming Inc. aka      :
HSBC                             :
                                 :
Defendants                       :

State of Wyoming
County of Sweetwater

    1. The Summons and Complaint were served on Beneficial Wyoming Inc. on September 2, 2015 and proof of service was subsequently filed with the clerk of the court.

    2. The Time in which to file an answer has passed, and the Defendant has not answered or otherwise appeared.

    3. Under Wyoming Rule of Civil Procedure 55, I hereby enter the default of defendant and issue this Default Certificate.

Date: Feb. 3, 2016          Signed by: _Deborah D Olson_____
                                        Clerk of Carbon County District Court
(Seal of court)                         M. Montoya, Deputy Clerk

"6"

NTSW-72834
When recorded mail to:
720 Sage Lane
Green River, WY 82935

## SPECIAL WARRANTY DEED
## (CORPORATE FORM)

BENEFICIAL WYOMING, INC.

a corporation organized and existing under the laws of the state of WY, with its principal office at c/o Altisource Solutions, Inc., 1000 Abernathy Road NE, Building 400, Suite 200, Atlanta, GA 30328.

Grantor(s), hereby **CONVEY** all title, rights and interests in the subject real property to the Grantee AND hereby WARRANTS and INDEMNIFIES against all claims made or accrued against the subject real property during the time the Grantor was "in title" to the real property, to:

## E. H. Neilson

grantee, for the sum of TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATION, the following described tract of land in Green River, State of WY:

**LOT NUMBERED THREE (3), IN BLOCK THREE (3), OF THE RIO VISTA TOWNSITE, THIRD SECTION, IN SECTION 8, TOWNSHIP 18 NORTH, RANGE 107 WEST OF THE 6TH P.M., SWEETWATER COUNTY, WYOMING**

**PARCEL ID: 112148**

Subject to easements, declarations of covenants and restrictions, rights of way of record, and taxes for the current and thereafter.

The officers who sign this deed hereby certify that this deed and the transfer represented thereby was duly authorized under a resolution duly adopted by the board of directors of the grantor at a lawful meeting duly held and attended by a quorum.

In witness whereof, the grantor has executed this instrument by its duly authorized officer(s) this _____ day of August, 2015.

_____
HSBC aka
Beneficial Wyoming, Inc.
Authorized Attorney in Fact

State of _____    )
County of _____  )ss:

On August _____, 2015, personally appeared _____ as _____ for ALTISOURCE SOLUTIONS, INC., as attorney in fact for BENEFICIAL WYOMING, INC and that the within foregoing instrument was signed in behalf of said corporation by authority of a resolution of its board of directors who duly acknowledged to me that said corporation executed the same.

_____
Notary Public

"7"



E.H. Neilson <e.h.neilson00@gmail.com>

## notice of intent to sue for FHA violations

E.H. Neilson <e.h.neilson00@gmail.com>  　　　　　　　　　　　　　　　Fri, May 27, 2016 at 7:15 AM
To: jbelcher@crowleyfleck.com

Mr. Belcher,  I forthwith demand that you send me all process by this email account to verify proof of service.

Also,  you have asked for a hearing on your motion to dismiss which had not been asked for in good faith.  As you know, your personal jurisdiction and subject matter jurisdiction arguments were made in bad faith and do not resolve the default that was entered against you 3 months ago.  I have suffered ongoing damages because of your bad faith litigation tactics on behalf of your client.

This email constitutes due notice to you that If you do not withdraw your objections and allow the court to proceed with entering a title judgment in my name to the property in question forthwith and do not allow all funds in escrow to be returned to me as set off damages for your clients tortious actions, excepting the fees due the title company for the title policy and closing fees which I agreed to pay,  and if this disposition has not occurred by your consent,in writing, with the court by Tuesday, May 31, 2016 to finally close this matter,  then. . .

　　　　I am of lebonese descent.   Your client knew this as I provided notice of this racial protection in my emails to them during the sales transaction.   Your client is liable to me under the Federal Housing Act, 42 USC section 3604, et seq.  and for predatory sales practices.   Your firm and yourself can also be liable to me under this act for conspiring with your  client to defeat this properly filed "title conveyance case" and  the default properly entered against your client many month ago.  As you know  only  Wyoming District Courts have authority to quiet title to real property,  I  met the jurisdictional monetary amount prior to filing this lawsuit  not to mention that damages which have accrued after this case was filed nearly one year ago, and your client was properly served.

　　　　Accordingly,  if this action is not disposed in my favor by May 31, 2016 in accordance with the terms I have requested all along,  then on JUne 1, 2016 I will take the following actions:

1. 　　I will filed a formal complaint with HUD against you client, yourself and your lawfirm under the FHA.
2. 　　I  will open an FHA and RICO suit in another circuit court where I have contacts against yourself, your firm, your client and the title company wherein I will seek both compensatory and punitive damages as well as treble damages; not to mention abuse of process damages under state law.
3. 　　And last but not least,  I will report you to the Wyoming bar.
4. 　　You have until May 31, 2016 to correct your offending conduct.