IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E.H. NEILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ARVIND KARKERA,<br><br>    Defendant. | Case No. 4:16CV3093<br><br>**CLERK'S ENTRY OF DEFAULT** |

  The defendant, Arvind Karkera, having failed to plead or otherwise defend in this action,

  Now, upon application of the plaintiff and upon affidavit that the time within which the defendant may answer or otherwise respond to the complaint, has expired; and that no answer or other response has been filed, and there has been no extension of such time.

  It is hereby ORDERED, ADJUDGED AND DECREED that default in this action is hereby entered in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

  DATED: July 29, 2016.

                OFFICE OF THE CLERK

                By: Jeri Bierbower
                    Deputy Clerk