IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E.H. NEILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3093 |
| | ) | |
| V. | ) | |
| | ) | |
| HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge, JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10, | ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant K.S. Christiansen removed this action from the District Court of Dawes County, Nebraska on June 17, 2016. (Filing No. 1.) The court has reviewed the Notice of Removal and has noticed some irregularities. The court questions whether it has jurisdiction over this matter.

IT IS THEREFORE ORDERED:

1. Defendant K.S. Christiansen and Plaintiff E.H. Neilson are ordered to appear before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, on **September 19, 2016, at 1:00 p.m.** Failure to appear as ordered may result in the imposition of sanctions including, but not limited to, the imposition of monetary sanctions, barring one or more of the summoned litigants from prosecuting or defending cases in this court, and dismissal with prejudice of the claims or defenses of one or more of the summoned litigants.

2. The other parties to this action are not required to attend the hearing, but may appear if they so choose.

DATED this 19th day of August, 2016.

BY THE COURT:

S/ *Richard G. Kopf*
Senior United States District Judge