IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl, and H. LUNDAHL TELFORD, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:16CV368 |
| v. | ) ) | |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| E.H. NEILSON, | ) ) ) | |
| Plaintiff, | ) ) | 4:16CV3093 |
| v. | ) ) | |
| HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge, JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

        Because I was contacted ex parte, I herewith disclose that ex parte contact. That is, I received an email, a copy of which is attached. No further emails should be sent to the undersigned by any unrepresented party. IT IS SO ORDERED.

BY THE COURT:


s/ *Richard G. Kopf*
Senior United States District Judge
and Pro Se Docket Supervisor



**Thank you for your kindness**

Brenda Burton   to: kopf                                      09/22/2016 11:36 AM

History:                    This message has been forwarded.

From Steven Fritts, typed by Brenda Burton

We just wanted to thank you for your kindness in court the other day. We understand we are not to file anything until Holli gets you the trust.

We are kind of stuck at her sisters since she drove and she could not afford the bus ticket.

We know Holli gets very intense and passionate when she feels she is not being heard.

Please do not dismiss our claim because of her intensity. We do feel we can stand on the merits of our claim. With or without her.

I am sorry if i sounded like a bumbling idiot in court. Since I went blind, if you spell something out for me but do not comprehend/track the words, I get confused. I also had a very high fever and was not feeling well.

We are so impressed that you were instrumental in the creation of pacer. Or was it that the average man or woman could have access to it. That does not matter. We have had pacer for years and it really helps.

We do not have much money and it was a burden for us to come to your court the other day. Maybe since you have met us we could appear by phone like the attorney for the guy in Wyoming.

We are still unclear what the hearing was regarding but, we felt you were truly trying to clear up something you were concerned with. We hope us coming to your court helped you.

Please, we know Holli has post traumatic stress. She was in jail for 13 years off and on but never convicted of a crime. She just wants to be heard and let her claims go to jury. We also want the same for us.

This case reminds me of Cleopatra Haslip vs Pacific Mutual life inc. (when a big company like a insurance company injuries the little guy, then the penalty should be enough they stop their injuring others)

Thank you again for being kind to us and we hope to be working with you as this case progresses.

From the office of STEVEN RAY FRITTS

Kindest regards, Steven Fritts, a man.