IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl, and H. LUNDAHL TELFORD,<br><br>          Plaintiffs,<br><br>    v.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10,<br><br>          Defendants. | 8:16CV368<br><br>MEMORANDUM AND ORDER |
| E.H. NEILSON,<br><br>          Plaintiff,<br><br>    v.<br><br>HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge, JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10,<br><br>         Defendants. | 4:16CV3093<br><br>MEMORANDUM AND ORDER |

    As previously stated, I have a reasonable suspicion that one or more of the plaintiffs and one or more of two defendants in the above-captioned actions are engaging in a fraud on the court. Before this suspicion fully came to light, the clerk of court entered orders of default against two

defendants in Case No. 4:16CV3093, specifically, Arvind Karkera and Northern Title Company. (*See* Case No. 4:16CV3093, Filing Nos. 33, 37.) Northern Title Company has since moved to vacate the clerk's entry of default. (Case No. 4:16CV3093, Filing No. 51.) In light of the current state of affairs in these cases, and the likelihood that several parties are engaging in fraud and pursuing frivolous causes of action, the court finds good cause to do so. *See* Fed. R. Civ. P. 55. Accordingly, the court will vacate the entry of default as to *both* Northern Title Company and Arvind Karkera.

IT IS ORDERED:

1. Northern Title Company's Motion to Set Aside Default (Case No. 4:16CV3093, Filing No. 51) is granted.

2. The clerk's entry of default against Northern Title Company and Arvind Karkera are hereby set aside.

3. Plaintiff's "Motion for Orders Directing the Clerk of the Court to Enter the Default" (Case No. 4:16CV3093, Filing No. 36) is denied as moot.

DATED this 26th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge
and Pro Se Docket Supervisor