IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl, and H. LUNDAHL TELFORD,<br><br>     Plaintiffs,<br><br>  v.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10,<br><br>     Defendants. | 8:16CV368<br><br>MEMORANDUM AND ORDER |

| | |
|---|---|
| E.H. NEILSON,<br><br>     Plaintiff,<br><br>  v.<br><br>HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge, JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10,<br><br>     Defendants. | 4:16CV3093<br><br>MEMORANDUM AND ORDER |

  I have sought the advice of an Assistant General Counsel at the Administrative Office of the U.S. Courts. I am now in receipt of that advice.

IT IS ORDERED that a copy of that advice is attached hereto and shall be filed under seal.

DATED this 30th day of September, 2016.

>BY THE COURT:
>
>s/ *Richard G. Kopf*
>Senior United States District Judge
>and Pro Se Docket Supervisor