IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl, and H. LUNDAHL TELFORD, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:16CV368 |
| v. | ) ) | |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| E.H. NEILSON, | ) ) ) | 4:16CV3093 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge, JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER OF REFERRAL TO UNITED STATES ATTORNEY**

I have a duty under the Code of Conduct for United States Judges to uphold the integrity of the judiciary. *See* Administrative Office of the United States Courts, *Compendium of Selected Opinions*, § 1.1 at p. 2 (July 6, 2016) ("Duty to Report Misconduct"). If a judge perceives a criminal transgression in a case of "such a nature as to create a likelihood that failure to report it would reflect adversely upon the judiciary," the judge must "take appropriate steps to bring the matter to the attention of the authorities." *Id*. I suspect such transgressions in these cases.

After receiving advice from an Assistant General Counsel for the Administrative Office of the United States Courts, and upon careful study,

IT IS ORDERED that:

1. I herewith refer both of these cases to the United States Attorney for the District of Nebraska because certain persons appearing or participating pro se *may* have committed wire and mail fraud, perjury, identity theft or other federal crimes in relation to these cases. However, to be clear, I take no formal position as to whether any criminal activity has, in fact, occurred.

2. I refer the United States Attorney to the files and records of these cases maintained by the Clerk of Court whether in electronic form or otherwise.

3. I respectfully request that the United States Attorney acknowledge receipt of this referral.

4. I respectfully request the United States Attorney report when this referral has, in the opinion of the United States Attorney, been completed. Until then these cases and others will be stayed.

5. The United States Attorney may contact the Pro Se Staff Attorney if there are questions. The Pro Se Staff Attorney will endeavor to answer any such questions in a full and complete but neutral fashion.

6. The Clerk of the Court shall mail a copy of this Memorandum and Order to Jan Sharp, Chief of the Criminal Unit. The Clerk shall also provide Mr. Sharp with electronic notice.

DATED this 4th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge
and Pro Se Docket Supervisor