
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl, and H. LUNDAHL TELFORD,<br><br>          Plaintiffs,<br><br>    v.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10,<br><br>          Defendants. | 8:16CV368<br><br>MEMORANDUM<br>AND ORDER |
| E.H. NEILSON,<br><br>          Plaintiff,<br><br>    v.<br><br>HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge, JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10,<br><br>         Defendants. | 4:16CV3093<br><br>MEMORANDUM<br>AND ORDER |

      The court is in receipt of documents mailed to the court by H. Lundahl Telford.  The clerk of court is directed to scan these documents and file them as a sealed attachment to this order.  The

order and attachment shall be filed in each of the above-captioned cases. The clerk of court is further directed to keep the original documents received from Ms. Telford under seal in the court vault.

    IT IS SO ORDERED.

    DATED this 3rd day of October, 2016.

                                BY THE COURT:

                                s/ *Richard G. Kopf*
                                Senior United States District Judge
                                and Pro Se Docket Supervisor