IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl, and H. LUNDAHL TELFORD, | |
| Plaintiffs, | 8:16CV368 |
| v. | |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10, | MEMORANDUM AND ORDER |
| Defendants. | |
| E.H. NEILSON, | |
| Plaintiff, | 4:16CV3093 |
| v. | |
| HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge, JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10, | MEMORANDUM AND ORDER |
| Defendants. | |

The clerk of court is hereby directed to make all sealed documents filed in the above-captioned cases available, upon request, to Assistant U.S. States Attorney Jan Sharp and Assistant

U.S. Attorney Alan Everett, or any law enforcement officer acting pursuant to their direction.[1]

IT IS SO ORDERED.

DATED this 26th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge
and Pro Se Docket Supervisor

---

[1] This includes the original documents received from Ms. Telford which are located in the court's vault. *See* Case No. 8:16CV368, Filing No. 55.